IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
FORT GORDON HOUSING, LLC d/b/a    *
BALFOUR BEATTY COMMUNITIES,       *
                                  *
         Plaintiff,               *
                                  *
     v.                           *      CV 117-112
                                  *
LILLIAN YOUNG,                    *
                                  *
         Defendant.               *
```

**O R D E R**

Before the Court is Plaintiff's Notice of Dismissal. (Doc. 4.) Plaintiff's notice was filed prior to Defendant having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of September, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA